WILLIAM SCOTT DALTON *v.* COMMISSIONER OF CORRECTION

The petitioner William Scott Dalton's petition for certification for appeal from the Appellate Court, 124 Conn. App. 904 (AC 30170), is denied.

*Temmy Ann Pieszak,* chief of habeas corpus services, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided November 16, 2010